| | |
|---|---|
| 1 | DENNIS M. BROWN, Bar No. 126575 |
| 2 | MICHELLE B. HEVERLY, Bar No. 178660<br>ADAM J. FISS, Bar No. 211799 |
| 3 | NORA R. CULVER, Bar No. 240098<br>LITTLER MENDELSON |
| 4 | A Professional Corporation<br>50 West San Fernando Street, 14th Floor |
| 5 | San Jose, CA  95113.2431<br>Telephone:    408.998.4150 |
| 6 | Facsimile:     408.288.5686 |
| 7 | Attorneys for Defendants |
| 8 | BRYAN KING SHELDON, Bar No. 116219<br>NICOLAS ORIHUELA, Bar No. 221898 |
| 9 | LIM, RUGER & KIM, LLP<br>1055 West Seventh Street, Suite 2800 |
| 10 | Los Angeles, CA 90017<br>Facsimile:     213.955.9511 |
| 11 | JOSEPH H. MELTZER |
| 12 | GERALD D. WELLS, III<br>ROBERT J. GRAY |
| 13 | SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia Road |
| 14 | Radnor, Pennsylvania 19087<br>Telephone:    610.667.7706 |
| 15 | Facsimile:     610.667.7056 |
| 16 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 12/5/06*

| | |
|---|---|
| ROBERT J. ALONZO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHH CORPORATION, PHH MORTGAGE CORPORATION; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.  C06-05346-RMW-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1  The parties stipulate to participate in the following ADR process:

2  **Court Processes:**

3  ☐ Arbitration    ☐ ENE    ☒ Mediation (ADR L.R. 6)

4  The parties request that the mediator be familiar with the California wage and hour

5  laws.

6  The parties agree to hold the ADR session by:

7  ☒    The presumptive deadline (the deadline is 90 days from the date of the order

8  referring the case to an ADR process unless otherwise ordered).

9  Dated: Nov. 17, 2006     //s// Gerald. D. Wells
10                          Gerald D. Wells, III
                            Attorney for Plaintiff
11

12 Dated: Nov. 17, 2006     //s// Michelle B. Heverly
13                          Michelle B. Heverly
                            Attorney for Defendants
14

15

16 IT IS SO ORDERED:

17

18 Dated:  12/5/06          /s/ Ronald M. Whyte
                            HON. RONALD M. WHYTE
19                          UNITED STATES DISTRICT JUDGE

20

21

22

23 Firmwide:81690118.1 049508.1003

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.     Case No. C06-05346-RMW-RS

**JOINT STIPULATION AND [RROPOSED] ORDER SELECTING ADR PROCESS**