Bryan King Sheldon (Bar No. 116219)
Nicolas Orihuela (Bar No. 221898)
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
E-mail: bryan.sheldon@lrklawyers.com
E-mail: nicolas.orihuela@lrklawyers.com

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail: gwells@sbclasslaw.com

Attorneys for Plaintiff Robert J. Alonzo, individually
and on behalf of all others similarly situated

DENNIS M. BROWN (Bar No. 126575)
MICHELLE B. HEVERLY (Bar No. 178660)
ADAM J. FISS (Bar No. 211799)
NORA R. CULVER (Bar No. 240098)
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2431
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED - 12/14/06*

| | |
|---|---|
| ROBB ALONZO, on behalf himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PHH CORPORATION, PHH MORTGAGE CORPORATION; and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil Action No. C06-05346-RMW-RS <br><br> **JOINT STIPULATION AND [] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1  All parties, by and through their attorneys of record, stipulate as follows:

2  WHEREAS, a Case Management Conference is currently scheduled for December 15,
3  2006;

4  WHEREAS, the parties are currently engaged in discussions regarding, among other
5  things, whether informal document production would facilitate early resolution of this matter;

6  WHEREAS, the parties jointly believe that a continuance of the Case Management
7  Conference and corresponding filing requirements will allow the parties to focus on the informal
8  document production and related matters; and

9  WHEREAS, the parties have conferred about the subject of this Stipulation and are in
10  agreement:

11  IT IS NOW HEREBY STIPULATED AND AGREED that:

12  1.  The Case Management Conference scheduled for December 15, 2006 is
13  continued until January 26, 2007; and

14  2.  The parties shall have until January 19, 2007 to file their Rule 26(f) report;

15

16  Dated: December 11, 2006

17

18  LIM, RUGER & KIM, LLP                              LITTLER MENDELSON
    SCHIFFRIN & BARROWAY, LLP

19

20

21  By:   /s/ Bryan King Sheldon                       By:   /s/ Michelle B. Heverly
          Bryan King Sheldon                                  Michelle B. Heverly
22        Attorneys for Plaintiff                             Attorney for Defendants

23

24

25

26

27

28

K:\2519\02\Pleadings\Stip and Proposed Order re Cont of CMC.doc    2
JOINT STIPULATION AND [] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

**ATTESTATION (GENERAL ORDER 45.X.B.)**

I, Bryan King Sheldon, am the ECF user whose ID and password are being used to file this stipulation. I hereby attest that I have obtained concurrence for this filing from Michelle B. Heverly, the other signatory to this stipulation.

ORDER ON STIPULATION

Having reviewed the foregoing Joint Stipulation and Order for Continuance of Case Management Conference,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference scheduled for December 15, 2006 is continued until January 26, 2007; and

2. The parties shall have until January 19, 2007 to file their Rule 26(f) report;

Dated: 12/14/06

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE