**E-FILED on** 2/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT J. ALONZO, | No. C-06-05346 RMW |
| Plaintiff, | |
| v. | ORDER CONTINUING MEDIATION DEADLINE |
| PHH CORPORATION, et al., | |
| Defendants. | |

Pursuant to the parties' request, the court hereby extends the deadline for completion of ADR from March 5, 2007 to April 13, 2007. The Case Management Conference currently set for March 16, 2007 is continued to April 20, 2007 at 10:30 a.m. The parties are ordered to file a Joint Case Management Statement by April 13, 2007.

DATED:       2/14/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER CONTINUING MEDIATION DEADLINE—No. C-06-05346 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Joseph H. Meltzer | jmeltzer@sbclasslaw.com |
| Nicolas Orihuela | nicolas.orihuela@lrklawyers.com |
| Bryan King Sheldon, Esq | bsheldon@lrklawyers.com |
| Gerald D. Wells, III | gwells@sbtklaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Dennis M. Brown | dbrown@littler.com |
| Adam J. Fiss | afiss@littler.com |
| Erica L Hermatz | ehermatz@littler.com |
| Michelle B. Heverly | mheverly@littler.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/14/07         /s/ MAG
                          **Chambers of Judge Whyte**