1    BRYAN KING SHELDON, Bar No. 116210
     NICOLAS ORIHUELA, Bar No. 221898
2    LIM, RUGER & KIM, LLP
     1055 West Seventh Street, Suite 2800
3    Los Angeles, CA  90017
     Telephone:  (213) 955-9500
4    Facsimile:  (213) 955-9511
     Email:  bryan.sheldon@lrklawyers.com
5    Email:  nicolas.orihuela@lrklawyers.com

6    JOSEPH H. MELTZER
     GERALD D. WELLS, III
7    ROBERT J. GRAY
     SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
8    280 King of Prussia Road
     Radnor, PA  19087
9    Telephone:  (610) 667-7706
     Facsimile:  (610) 667-7056
10   Email:  gwells@sbtklaw.com

11   Attorneys for Plaintiff

12   DENNIS M. BROWN, Bar No. 126575
     MICHELLE B. HEVERLY, Bar No. 178660
13   ADAM J. FISS, Bar No. 211799
     NORA R. CULVER, Bar No. 240098
14   LITTLER MENDELSON
     A Professional Corporation
15   50 West San Fernando Street, 14th Floor
     San Jose, CA  95113.2303
16   Telephone:    408.998.4150

17   Attorneys for Defendants
     PHH CORPORATION AND PHH MORTGAGE
18   CORPORATION
                                                    *E-FILED - 5/10/07*
19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22   ROBERT J. ALONZO, on behalf of        Case No. C 06-05346-RMW-RS
     himself and all others similarly situated,
23                                          JOINT STIPULATION AND [PROPOSED]
              Plaintiff,                    ORDER RE ADR COMPLETION DATE
24
         v.
25
     PHH CORPORATION, PHH
26   MORTGAGE CORPORATION; and
     DOES 1 through 10, inclusive,
27
              Defendants.
28

                                                    Case No.  C 06-05346-RMW-RS

1    All parties, by and through their attorneys of record, stipulate as follows:

2    WHEREAS, since the time of the filing of the complaint, the parties have been
3    voluntarily pursuing settlement of this matter;

4    WHEREAS, in furtherance of possible settlement, the parties agreed to an informal
5    exchange of documents and information, and Defendants produced redacted payroll records for all
6    putative class members;

7    WHEREAS, the parties were scheduled to mediate the case before the Court
8    appointed mediator, Jean C. Gaskill, on March 26, 2007, and in preparation for that mediation
9    forwarded confidential mediation statements to Mr. Gaskill;

10   WHEREAS, after further settlement discussion it became apparent that the parties
11   had reached an impasse and that settlement would not be possible at this time;

12   WHEREAS, the parties contacted and had a telephone conference with Mr. Gaskill,
13   who agreed that after reviewing the mediation statements, in his opinion mediation would not be
14   productive at this time; and

15   WHEREAS, the parties thus request that the deadline for completion of ADR be
16   extended to allow for more formal discovery and a possible motion for class certification.

17   IT IS NOW HEREBY STIPULATED AND AGREED that:

18   1.  The deadline for completion of ADR shall be extended from April 13, 2007 to
19       November 13, 2007; and

20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .
27   . . .
28   . . .

1      2.  The parties shall appear on April 20, 2007 for the previously scheduled case

2      management conference.

3

4  Dated: March **27**, 2007             LIM, RUGER & KIM, LLP
                                        SCHIFFRIN BARROWAY TOPAZ &

5                                          KESSLER, LLP

6

7                                          BRYAN KING SHELDON

8                                          Attorneys for Plaintiff

9

10  Dated: March 27, 2007             LITTLER MENDELSON
                                          A Professional Corporation

11

12

13                                          MICHELLE B. HEVERLY
                                        Attorneys for Defendants

14                                          PHH CORPORATION AND PHH
                                        MORTGAGE CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER ON STIPULATION**

2          Having reviewed the foregoing Joint Stipulation and Order Re Continuation of ADR

3    Completion Date,

4          IT IS HEREBY ORDERED THAT:

5          1.  The deadline for completion of ADR shall be extended from April 13, 2007 to

6              November 13, 2007; and

7          2.  The parties shall appear on April 20, 2007 for the previously scheduled Case

8              Management Conference.

9

Dated:  5/10/07                    *Ronald M. Whyte*

10                                  HONORABLE RONALD M. WHYTE

11                                  United States District Judge

12    Firmwide:82246657.1 049508.1003

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.                        Case No.  C 06-05346-RMW-RS

JOINT STIPULATION AND [PROPOSED] ORDER RE ADR COMPLETION DATE