DENNIS M. BROWN, Bar No. 126575
MICHELLE B. HEVERLY, Bar No. 178660
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendants
PHH CORPORATION AND PHH MORTGAGE CORPORATION

BRYAN KING SHELDON, Bar No. 116210
NICOLAS ORIHUELA, Bar No. 221898
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
Email: bryan.sheldon@lrklawyers.com
Email: nicolas.orihuela@lrklawyers.com

JOSEPH H. MELTZER
GERALD D. WELLS, III
ROBERT J. GRAY
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: gwells@sbtklaw.com

Attorneys for Plaintiff

*E-FILED - 7/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ALONZO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHH CORPORATION, PHH MORTGAGE CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 06-05346-RMW-RS<br><br>**JOINT STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Robert J. |
| 2 | Alonzo and Defendants PHH Corporation and PHH Mortgage Corporation, through their attorneys |
| 3 | of record, that the above entitled action shall be dismissed with prejudice in its entirety pursuant to |
| 4 | Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorneys' fees and costs. |

Dated: June 29, 2007

LIM, RUGER & KIM, LLP
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP

_____
GERALD D. WELLS, III
Attorneys for Plaintiff

Dated: June 29, 2007

LITTLER MENDELSON
A Professional Corporation

_____
MICHELLE B. HEVERLY
Attorneys for Defendants
PHH CORPORATION AND PHH
MORTGAGE CORPORATION

## ORDER ON STIPULATION

Having reviewed the foregoing Joint Stipulation and Order Re Dismissal,

IT IS HEREBY ORDERED THAT:

The above entitled action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorneys' fees and costs.

Dated: 7/3/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

Firmwide:82719658.1 049508.1003